UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | |
|---|---|
| ANDRE THOMPSON, : | |
| : | CASE NO. 1:10-CV-1734 |
| Petitioner, : | |
| : | |
| v. : | OPINION & ORDER |
| : | [Resolving Doc. No. 1] |
| KEITH SMITH, : | |
| : | |
| Respondent. : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Andre Thompson has filed a petition under 28 U.S.C. § 2254 seeking relief from his state-court convictions for aggravated murder, attempted murder, and aggravated robbery. *See* [Doc. 1.] On January 18, 2011, the Court referred Thompson's petition to a magistrate judge who, on November 14, 2011, filed her report recommending dismissal of Thompson's petition. *See* [Doc. 15.]

Although Thompson had an opportunity to object to the magistrate judge's report, to date, he has not done so. Moreover, the Court has independently examined Thompson's claims but has not found any grounds for relief. Accordingly, Thompson's petition is dismissed.

IT IS SO ORDERED.

Dated: January 17, 2012            s/ *James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE